IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0436

_____

MONTANA ENVIRONMENTAL
INFORMATION CENTER,

      Plaintiffs and Appellees,

   v.

THE MONTANA DEPARTMENT OF PUBLIC
SERVICE REGULATION, PUBLIC SERVICE
COMMISSION, and NORTHWESTERN
CORPORATION d/b/a NORTHWESTERN
ENERGY,

      Defendants and Appellants.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Molly E. Owen, District Judge.

                   For the Court,

                                   Electronically signed by:
                                   Mike McGrath
                       Chief Justice, Montana Supreme Court
                                   March 22 2023